UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELIJAH RAY RICH, | No. 2:17-cv-0432 DB P |
| Plaintiff, | |
| v. | ORDER AND FINDINGS AND RECOMMENDATIONS |
| J. STRATTON, et al., | |
| Defendants. | |

By order issued June 3, 2019, plaintiff was directed either to file an amended complaint or to inform the court in writing that he did not wish to file an amended complaint and instead wanted to proceed only on the claims the undersigned had found were cognizable in the screening order. (See ECF No. 7 at 10). At that time, plaintiff was given thirty days to comply with the court's order. (See id. at 10). More than thirty days from that date have passed, and plaintiff has neither filed an amended complaint nor otherwise responded to the court's order.

Accordingly, IT IS HEREBY ORDERED that the Clerk of Court randomly assign a District Court Judge to this action.

IT IS FURTHER RECOMMENDED that this action be dismissed without prejudice. See Local Rule 110; Fed. R. Civ. P. 41(b).

These findings and recommendations are submitted to the United States District Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l). Within fourteen days

1

after being served with these findings and recommendations, plaintiff may file written objections with the court and serve a copy on all parties. Such a document should be captioned "Objections to Magistrate Judge's Findings and Recommendations." Plaintiff is advised that failure to file objections within the specified time may waive the right to appeal the District Court's order. Martinez v. Ylst, 951 F.2d 1153 (9th Cir. 1991).

Dated: September 30, 2019

DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE

DLB:13
DB/ORDERS/ORDERS.PRISONER.CIVIL RIGHTS/rich0432.fta